Holly S. Burgess (SBN 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA 95603
Telephone: (530) 889-8900
Facsimile: (530) 820-1526
hollyburgess@lohsb.com

Attorney for Plaintiffs
D. STEWART ARMSTRONG and CINDY IKEOKA

THE UNITED STATES DISTRICT COURT

THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D. STEWART ARMSTRONG and CINDY IKEOKA, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVY CHASE BANK, FSB; CAPITAL ONE, N.A. as successor by merger with CHEVY CHASE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TD SERVICE COMPANY; US BANK, N.A., QUALITY LOAN SERVICING CORPORATION and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO: CV11-05664-EJD <br><br> **PROOF OF SERVICE OF SUMMONS ON DEFENDANT US BANK, N.A.** |

    Attached hereto is Proof of Service of Summons and Complaint on Defendant US Bank, N.A.

///

///

///

-1-

AO 440 (Rev. 12/09)  Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)*  US Bank, N.A.

was received by me on *(date)*  1/6/2012  .

☐ I personally served the summons on the individual at *(place)*
on *(date)*  ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*
, a person of suitable age and discretion who resides there,
on *(date)* , and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)*  Kristina Faltersack*, who is designated by law to accept service of process on behalf of *(name of organization)*  US Bank, N.A.
on *(date)*  1/6/2012  ; at 11:56am
*located at US Bank branch located at 730 High St., Auburn, CA 95603

☐ I returned the summons unexecuted because  ; or

☐ Other *(specify)*:

My fees are $  80.00  for travel and $  20.00  for services, for a total of $  100.00  .

I declare under penalty of perjury that this information is true.

Date:  1/6/2012

*Sue Ann Moore* (signature)
Server's signature

Sue Ann Moore
Printed name and title

680 Auburn Folsom Rd, Suite 109
Auburn, CA   95603
Server's address

Additional information regarding attempted service, etc:
Documents served: Summons, Complaint and Exhibits thereto, Civil Case Cover Sheet, Reassignment of Judge, and Notice Resetting Case Management Conference