Holly S. Burgess (SBN: 104757)
LAW OFFICES OF HOLLY S. BURGESS
680 Auburn Folsom Road, Suite 109
Auburn, CA  95603
Telephone:  (530) 889-8900
Facsimile:   (530) 820-1526
Direct Dial:  (530) 392-4641
*Email:  hollyburgess@lohsb.com*

Attorney for Plaintiffs
CINDY IKEOKA

MICHAEL G. CROSS (SBN: 268999)
SEVERSON & WERSON
A Professional Corporation
One Embarcadero Center, Suite 2600
San Francisco, CA 94111
Telephone: (415) 398-3344
Facsimile: (415) 956-0439
Email: mgc@severson.com

Attorneys for Defendants
CHEVY CHASE BANK, FSB, and
CAPITAL ONE, N.A. as successor by
Merger with CHEVY CHASE BANK, FSB

IT IS SO ORDERED
Judge Edward J. Davila
1/24/2012

# THE UNITED STATES DISTRICT COURT

# THE NORTHERN DISTRICT OF CALIFORNIA – SAN JOSE DIVISION

| | |
|---|---|
| D. STEWART ARMSTRONG and CINDY IKEOKA, <br><br> Plaintiff, <br><br> vs. <br><br> CHEVY CHASE BANK, FSB; <br> CAPITAL ONE, N.A. as successor by merger with CHEVY CHASE BANK, FSB; <br> MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; <br> TD SERVICE COMPANY; <br> US BANK; <br> CCB LIBOR SERIES 2005-1 TRUST, and DOES 1-20, inclusive, <br><br> Defendants. | CASE NO. 5:11-cv-05664-EJD <br><br> **JOINT STIPULATION EXTENDING PLAINTIFF'S TIME TO ANSWER OR OTHERWISE RESPOND TO DEFENDANT'S MOTION TO DISMISS; AND [PROPOSED] ORDER THEREON** <br><br> Hearing Date: March 23, 2012 <br> Time:                9:00 a.m. <br> Dept.:               Courtroom 1, 5th Floor <br> Judge:               Hon. Edward J. Davila |

///

///

- 1 -

**ARMSTRONG/IKEOKA**                                **STIPULATION AND [PROPOSED] ORDER**

**STIPULATION**

This Stipulation is entered into by counsel for Plaintiffs D. STEWART ARMSTRONG and CINDY IKEOKA ("Plaintiffs") and counsel for Defendants CHEVY CHASE BANK, FSB; CAPITAL ONE, N.A. as successor by merger with CHEVY CHASE BANK, FSB; ("Defendants").

WHEREAS, on January 9, 2012, Defendants filed a Motion to Dismiss Plaintiff's Complaint in the above-court;

WHEREAS, Plaintiffs were served with the Motion to Dismiss as a result of electronic notice-filing on January 9, 2012;

WHEREAS, pursuant to Local Rule 7-3 of the Northern District of California, Plaintiffs must respond to the Motion to Dismiss not more than 14 days of service, or no later than January 23, 2012;

WHEREAS, pursuant to Local Rule 6-1 of the Northern District of California, Defendants have granted Plaintiffs an initial extension until and including February 6, 2012, to answer or otherwise respond to Defendant's Motion to Dismiss.

**NOW, THEREFORE, Plaintiffs and Defendants desire and hereby STIPULATE as follows:**

1. Plaintiffs shall have until, and including, February 6, 2012, to answer or otherwise respond to Defendant's Motion to Dismiss in this matter.

2. Defendants shall have until, and including, February 13, 2012, to reply to any opposition, if filed.

**IT IS SO STIPULATED.**

Dated: January 20, 2012                **THE LAW OFFICES OF HOLLY S. BURGESS**

By_____*/s/ Holly S. Burgess*_____
HOLLY S. BURGESS, Esq.
Attorney for Plaintiffs D. Stewart Armstrong and Cindy Ikeoka

Dated: January 20, 2012                **SEVERSON & WERSON**

_____*/s/ Michael C. Gross*_____
By: Michael C. Gross, Esq.
Attorney for Chevy Chase Bank,. FSB and Capital One, N.A. as successor by merger with Chevy Chase Bank, FSB

# [PROPOSED] ORDER

**IT IS HEREBY ORDERED AS FOLLOWS:**

1. 1. Plaintiffs shall have until, and including, February 6, 2012, to answer or otherwise respond to Defendant's Motion to Dismiss in this matter.

2. Defendants shall have until, and including, February 13, 2012, to reply to any opposition, if filed.

**IT IS SO ORDERED.**

Dated: __1/24/2012_____       _____
                                  JUDGE OF THE FEDERAL COURT
                                  UNITED STATES DISTRICT COURT
                                  NORTHERN DISTRICT OF CALIFORNIA