**Quality Loan Service Corporation**
Julie O. Molteni (SBN: 265133)
Joshua E. Moyer (SBN: 259908)
Renee DeGolier (SBN: 262999)
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101
Telephone: (619) 645-7711 x. 2019
Facsimile: (619) 568-3518

Corporate Counsel for
Quality Loan Service Corporation

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. STEWART ARMSTRONG and CINDY IKEOKA,<br><br>Plaintiff,<br><br>v.<br><br>CHEVY CHASE BANK, FSB; CAPITAL ONE, N.A. as successor by merger with CHEVY CHASE BANK, FSB; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TD SERVICE COMPANY; US BANK, N.A.; QUALITY LOAN SERVICING CORPORATION; and DOES 1-20, inclusive,<br><br>Defendants. | Case No. 5:11-cv-05664-EJD<br><br>**QUALITY'S REQUEST FOR SUBSTITUTION OF ATTORNEY** |

TO THIS HONORABLE COURT, TO ALL PARTIES AND TO THEIR ATTORNEYS OF RECORD:

Defendant, QUALITY LOAN SERVICE CORPORATION ("Quality"), hereby requests to substitute Deborah S. Cochran, McCarthy and Holthus, LLP, 1770 Fourth Avenue, San Diego, CA 92101, telephone (619) 685-4800, as attorney of record in place and stead of Renee De Golier, Corporation Counsel for Quality Loan Service Corporation.

///

| | | |
|---|---|---|
| 1 | Dated: February 29, 2012 | [signature]<br>Bounlet Louvan<br>Foreclosure Legal Liaison for<br>Defendant, Quality Loan Service<br>Corporation |
| 5 | Dated: February 29, 2012 | /s/ Renee De Golier<br>Renee De Golier<br>Corporate Counsel for Defendant,<br>Quality Loan Service Corporation |
| 9 | Dated: March 2, 2012 | /s/ Deborah S. Cochran<br>Deborah S. Cochran<br>McCarthy and Holthus, LLP |

IT IS SO ORDERED:

Dated: March 2, 2012

[signature]
Judge United States District Court,
Northern District of California

2
**REQUEST FOR SUBSTITUTION OF ATTORNEY**

CA11-9471