**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq. SBN 136857
Deborah P. Gutierrez, Esq. SBN 240383
Penelope P. Bergman, Esq. SBN 220452
6100 Center Drive, Suite 1050
Los Angeles, CA 90045
Telephone:  (310) 893-6200
Facsimile:   (310) 988-2930
Email:          deborah@prosperlaw.com

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. STEWART ARMSTRONG, an individual, and CINDY IKEOKA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVY CHASE BANK, FSB; CAPITAL ONE, N.A.; U.S. BANK, N.A.;, and Does 1 – 10, inclusive,<br><br>Defendants. | CASE NUMBER<br>**CV11-05664** EJD(HRL)<br><br><br><br>**ORDER RE:**<br>**REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF QUALITY LOAN SERVICING CORPORATION** |

The Court, having considered Request for Dismissal without Prejudice of Defendant quality Loan Servicing Corporation

**ORDERS:**

☒ **The Request for Dismissal Without Prejudice of Quality Loan Servicing Corporation is GRANTED by the Court.**

Dated: March 7, 2012

_____
United States District Judge

## PROOF OF SERVICE

**D. Stewart Armstrong and Cindy Ikoeoka v. Chevy Chase Bank, FSB., Et Al.**
**United States District Court – Northern District of California**
**Case No. CV11-05664-EJD**

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6100 Center Drive, Suite 1050, Los Angeles, California 90045. On March 2, 2012, I served the following document(s) by the method indicated below:

**ORDER RE: REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF QUALITY LOAN SERVICING CORPORATION**

[X]  BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Central District of California website www.ecf.cacd.uscourts.gov.

[ ]  by transmitting via facsimile on this date from fax number (626) 968-9502 the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]  by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

[See attached Service List]

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on February 22, 2012, at Los Angeles, California.

_____
Brittany Auchard

1

PROOF OF SERVICE

## Service List
## D. Stewart Armstrong and Cindy Ikoeoka v. Chevy Chase Bank, FSB., Et Al.
## United States District Court – Northern District of California
## Case No. CV11-05664-EJD

Attorneys for Defendants Chevy chase Bank, FSB and Capital One, N.A. as successor by merger with Chevy Chase Bank, FSB.
Michael Gerlad Cross
Severson & Werson
One Embacadero Center, Suite 2600
San Francisco, CA 94111
Irvine, CA 92618

Attorneys for Defendant Quality Loan Servicing Corporation
Julie O. Molteni
Joshua E. Moyer
Renee DeGoiler
Corporate Counsel
2141 5th Avenue
San Diego, CA 92101

Authorized Agent for US Bank N.A.
425 Walnut Street
Cincinnati, Ohio 45202

PROOF OF SERVICE