UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D. STEWART ARMSTRONG, ET AL., | Case No. 5:11-CV-05664 EJD |
| Plaintiff(s), | **CASE MANAGEMENT ORDER** |
| v. | |
| CHEVY CHASE BANK, FSB., ET AL., | |
| Defendant(s). | |

This case is scheduled for a Case Management Conference on March 23, 2012. Based on the parties' Joint Case Management Statement (see Docket Item No. 38), the court finds that a Case Management Conference would be premature at this time.

Accordingly, the Case Management Conference is CONTINUED to June 15, 2012. The parties shall file a Joint Case Management Statement no later than June 5, 2012.

IT IS HEREBY ORDERED that the parties shall contact the court's ADR Unit within 10 days of the date of this Order.

**IT IS SO ORDERED.**

Dated: March 21, 2012

                                                                                                EDWARD J. DAVILA
                                                                                                United States District Judge

Case No. 5:11-CV-05664 EJD
CASE MANAGEMENT ORDER