**PROSPER LAW GROUP, LLP**
Gordon F. Dickson, Esq., SBN 136857
Deborah P. Gutierrez, Esq., SBN 240383
Penelope P. Bergman, Esq., SBN 220452
6100 Center Drive, Suite 1050
Los Angeles, California 90045
Telephone:  (310) 893-6200
Facsimile:   (310) 988-2930
Email:        deborah@prosperlaw.com

Attorneys for Plaintiffs,
D. Stewart Armstrong and Cindy Ikeoka

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| D. STEWART ARMSTRONG, an individual, and CINDY IKEOKA, an individual,<br><br>Plaintiffs,<br><br>vs.<br><br>CHEVY CHASE BANK, FSB; CAPITAL ONE, N.A.; MORTGAGE ELECTRONIC REGISTRATION SYSTEMS, INC.; TD SERVICE COMPANY; U.S. BANK, N.A.; QUALITY LOAN SERVICING CORPORATION; and Does 1 – 10, inclusive,<br><br>Defendants. | Case No.  CV11-05664 EJD<br><br>[PROPOSED] ORDER RE REQUEST FOR DISMISSAL OF TD SERVICE COMPANY WITHOUT PREJUDICE |

After review of Plaintiffs D. Stewart Armstrong and Cindy Ikeoka ("Plaintiffs") request to dismiss Defendant TD Service Company ("TD Service") from the entire action, without prejudice, IT IS HEREBY ORDERED:

[X] Defendant TD Service Company is dismissed from the entire action without prejudice.

DATE: March 22, 2012

_____
UNITED STATES DISTRICT JUDGE

# PROOF OF SERVICE
## D. Stewart Armstrong and Cindy Ikeoka v. Chevy Chase Bank, FSB., Et Al.
## United States District Court – Northern District of California
## Case No. CV11-05664-EJD

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is 6100 Center Drive, Suite 1050, Los Angeles, California 90045. On March 21, 2012, I served the following document(s) by the method indicated below:

**[PROPOSED] ORDER RE REQUEST FOR DISMISSAL OF TD SERVICE COMPANY WITHOUT PREJUDICE**

[ ]   BY CM/ECF ELECTRONIC DELIVERY: In accordance with the registered case participants and in accordance with the procedures set forth at the United States District Court, Northern District of California website.

[ ]   by transmitting via facsimile on this date from fax number (626) 968-9502 the documents listed above to the fax number(s) set forth below. The transmission was completed before 5:00 p.m. and was reported complete and without error. The transmission report, which is attached to this proof of service, was properly issued by the transmitting fax machine. Service by fax was made by agreement of the parties, confirmed in writing. The transmitting fax machine complies with Cal.R.Ct 2003(3).

[X]   by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in the United States mail at Los Angeles, California addressed as set forth below. I am readily familiar with the firm's practice of collection and processing of correspondence for mailing. I am aware that on motion of the party served, service is presumed invalid if the postal cancellation date on postage meter date is more than one day after the date of deposit in this Declaration.

### [See attached Service List]

I declare under penalty of perjury under the laws of the United States that the above is true and correct. Executed on March 21, 2012, at Los Angeles, California.

Shawnee A. Ellington

## Service List
### D. Stewart Armstrong and Cindy Ikeoka v. Chevy Chase Bank, FSB., Et Al.
### United States District Court – Northern District of California
### Case No. CV11-05664-EJD

<u>Attorneys for Defendants Chevy chase Bank, FSB and Capital One, N.A. as successor by merger with Chevy Chase Bank, FSB.</u>
Michael Gerlad Cross
Severson & Werson
One Embacadero Center, Suite 2600
San Francisco, CA 94111
Irvine, CA 92618

<u>Authorized Agent for US Bank N.A.</u>
425 Walnut Street
Cincinnati, Ohio 45202

<u>Attorneys for Defendant for TD SERVICE COMPANY</u>
Lawrence J. Dreyfuss
THE DREYFUSS FIRM
A Professional Law Corporation
7700 Irvine Center Drive, Suite 710
Irvine, California 92618

PROOF OF SERVICE