1  Jason W. Estavillo (Bar No. 188093)
   LAW OFFICE OF JASON ESTAVILLO
2  1330 Broadway, Suite 933
   Oakland, CA 94612
3  Telephone:  (510) 982-3001
   Facsimile:   (510) 982-3002
4
5  Attorney for D. Stewart Armstrong
   And Cindy Ikeoka
6

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| D. STEWART ARMSTRONG, et al., <br> Plaintiff, <br> vs. <br> CHEVY CHASE BANK, FSB., et al., <br> Defendants | Case No.: 5:11-cv-05664 EJD <br><br> STIPULATED REQUEST FOR DISMISSAL WITHOUT PREJUDICE AND [PROPOSED] ORDER |

**STIPULATED REQUEST FOR DISMISSAL WITH PREJUDICE**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiffs D. Stewart Armstrong and Cindy Ikeoka, and defendant U.S. Bank, N.A., by and through their attorneys, respectfully request that the above-captioned matter be dismissed without prejudice. Each party shall bear its own fees and costs.

**IT IS SO STIPULATED:**

DATED: January 2, 2013        LAW OFFICE OF JASON W. ESTAVILLO

                              By:  /s/ *Jason W. Estavillo*
                                    Jason W. Estavillo

                              Attorney for Plaintiffs
                              D. STEWART ARMSTRONG and
                              CINDY IKEOKA

DATED: January 2, 2013        SEVERSON & WERSON, P.C.

                              By:  /s/ *Michael G. Cross*
                                    Michael G. Cross

                              Attorneys for Defendant
                              CAPITAL ONE, N.A., CHEVY CHASE
                              BANK, FSB, and U.S. BANK, N.A.

**[PROPOSED] ORDER**

Pursuant to Rule 41(a)(1)(A)(ii) of Federal Rules of Civil Procedure and the joint stipulation of all parties who have appeared, this action is hereby dismissed. Each party shall bear its own fees and costs.

**IT IS SO ORDERED.**
All pending motions, deadlines, and hearings are TERMINATED.
The Clerk shall close this file.

DATED: _____1/3_____, 2013        _____
                                   Judge Edward J. Davila